*de Guzmán Benítez* for petitioner.  *Mr. Rossy, fiscal,* for respondent.

---

No. 29. HERNÁNDEZ *v.* THE JUDGE OF THE DISTRICT COURT OF MAYAGÜEZ.—Application for the writ of *certiorari.* Decided June 29, 1907.  Application denied.  *Mr. Texidor* for petitioner.

---

No. 125 *bis.* PÉREZ *v.* THE JUSTICE OF THE PEACE OF COMERÍO.—Application for writ of *mandamus.*  Decided June 29, 1907.  Application denied on the grounds set forth in the opinion rendered in the case of *Negrón et al. v. Supervisor of Elections.*  Decided November 5, 1906.  *Mr. Benítez Castaños* for petitioner.

---

No. 128. FERNÁNDEZ *v.* THE JUDGE OF THE DISTRICT COURT OF SAN JUAN, SECOND SECTION.—Application for writ of *mandamus.*  Decided July 29, 1907.  Application denied.  *Mr. López Landrón* for petitioner.

---

No. 16. EX PARTE MANSO.—Application for writ of *habeas corpus.*  Decided July 31, 1907.  Application denied.  *Mr. Figueroa Maestre* for petitioner.

---

No. 16. DELGADO *v.* THE REGISTRAR OF PROPERTY OF MAYAGÜEZ.—Appeal from a decision of the registrar of property.  Withdrawn August 2, 1907.  The appellant appears in his own behalf.

---

No. 17. EX PARTE SIFONTE.—Application for writ of *habeas*

*corpus.* Decided August 13, 1907. Application denied. *Mr. José de Guzmán Benítez* for petitioner.

---

No. 18. Ex PARTE MARTIN.—Application for writ of *habeas corpus.* Decided August 17, 1907. Application denied. *Mr. Massari* for petitioner. *Mr. Hutchison* for respondent.

---

No. 5. THE PEOPLE *v.* HERNÁNDEZ ET AL.—Appeal from the District Court of Aguadilla. Motion to approve bill of exceptions. Decided August 27, 1907. Bill of exceptions approved. *Mr. José de Guzmán Benítez* for petitioner. *Mr. Rossy, fiscal,* for respondent.

---

No. 19. Ex PARTE ACOSTA ET AL.—Application for writ of *habeas corpus.* Decided September 5, 1907. Application denied. *Mr. Peréz Moris* for petitioner. *Attorney General* for respondent.

---

No. 20. Ex PARTE OQUENDO ET AL.—Application for writ of *habeas corpus.* Decided September 14, 1907. Application denied. *Mr. Márquez* for petitioner.

---

No. 138. SANDOVAL *v.* ROIG.—Appeal from the District Court of Arecibo. Motion to dismiss appeal. Decided October 8, 1907. Motion overruled. *Mr. Cay. Coll Cuchí* for petitioner. *Mr. Hernández López* for respondent.

---

No. 167. RUBERT HERMANOS *v.* LÓPEZ ET AL.—Appeal from